FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION  22 JUN 30  PM 3: 44

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

| | | |
|---|---|---|
| MICHAEL KLEINMAN; MMK | § | |
| HOLDINGS, LP; AND AUSPRO | § | |
| ENTERPRISES, LP, | § | CAUSE NO. 1:22-CV-527-LY |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | |
| | § | |
| CITY OF CEDAR PARK, | § | |
| DEFENDANT. | § | |

## ORDER

Before the court are Defendant's Rule 12 Motion to Dismiss [] Plaintiffs' Complaint and

Request for Declaratory and Injunctive Relief filed June 15, 2022 (Doc. #5) and Plaintiffs' Response

to Defendant's Rule 12 Motion to Dismiss [] Plaintiffs' Complaint and Request for Declaratory and

Injunctive Relief filed June 29, 2022 (Doc. #12). Plaintiffs' First Amended Complaint and Request

for Declaratory and Injunctive Relief was filed June 29, 2022 (Doc. #11). In light of the filing of

Plaintiffs' amended complaint,

**IT IS ORDERED** that Defendant's Rule 12 Motion to Dismiss [] Plaintiffs' Complaint and

Request for Declaratory and Injunctive Relief filed June 15, 2022 (Doc. #5 is **DISMISSED**

**WITHOUT PREJUDICE**.

SIGNED this _____36th_____ day of June, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE