# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**MICHAEL KLEINMANN, MMK HOLDINGS, LP, and AUSPRO ENTERPRISES, LP;**
*Plaintiffs*

**v.**

**CITY OF CEDAR PARK;**
*Defendant*

§
§
§
§
§
§
§
§
§
§
§

No. A-22-CV-00527-LY

## BRIEFING SCHEDULE

In light of telephone conference held by the Court on July 5, 2022, Dkt. 15, regarding Plaintiffs' application for a temporary restraining order, the Court issues the following briefing schedule.

1. Plaintiffs shall file their motion for preliminary injunction on or before **July 8, 2022.** Defendant shall respond to Plaintiffs' motion for preliminary injunction on or before **July 15, 2022**. Any reply shall be filed on or before **July 19, 2022**.

2. Based on the parties' representations during the telephone conference, the undersigned will issue a report and recommendation on the motion for preliminary injunction on the parties' submissions. Should the parties wish to present evidence at a hearing, they shall file a request for a hearing on or before **July 15, 2022,** and any such hearing will be held on **July 20, 2022**.

3. The parties need not file a joint advisory as ordered, Dkt. 9, unless they wish to advise the Court on any agreement as to Plaintiffs' request for preliminary injunction relief.

SIGNED July 5, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE