UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Kleinman, MMK Holdings, L.P., Auspro Enterprises, LP | § § § § § § | AU:22-CV-00527-LY |
| vs. | | |
| City of Cedar Park | | |

## ORDER CANCELLING HEARING ON MOTIONS FOR TEMPORARY RESTRAINING ORDER AND TO DISMISS

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **HEARING ON MOTIONS FOR TEMPORARY RESTRAINING ORDER AND TO DISMISS on Thursday, July 07, 2022 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 5th day of July, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE