IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL KLEINMAN,** § | | |
| **MMK HOLDINGS, LP and** § | | |
| **AUSPRO ENTERPRISES, LP** § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. 1:22-cv-00527-LY | |
| § | | |
| **CITY OF CEDAR PARK** § | | |
| § | | |
| Defendant. § | | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT AND REQUEST FOR
DECLARATORY AND INJUNCTIVE RELIEF [Dkt 11]**

On this day the Court considered Defendant's, CITY OF CEDAR PARK ("the City"), Motion to Dismiss Plaintiffs' First Amended Complaint and Request for Declaratory and Injunctive Relief. The Court, having considered the pleadings, responses, and arguments of the parties, finds that the City's Motion should be granted.

IT IS THEREFORE ORDERED that the City's Motion to Dismiss is GRANTED. Plaintiffs' claims are dismissed with prejudice.

SIGNED this _____ day of _____, 2022.

_____
U.S. DISTRICT JUDGE

PREPARED BY:

**Denton Navarro Rocha Bernal & Zech, P.C.**
attorneys & counselors at law • rampagelaw.com

A Professional Corporation
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
512/279-6431
512/279-6438 (Facsimile)

smtschirhart@rampagelaw.com
rldrinkard@rampagelaw.com

By: _____
SCOTT M. TSCHIRHART
State Bar No. 24013655
ROBERT L. DRINKARD
State Bar No. 24007128

ATTORNEYS FOR DEFENDANT, CITY OF CEDAR PARK