IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL KLEINMAN; MMK HOLDINGS, LP; AND AUSPRO ENTERPRISES, LP, | § § § § § § § § § § | CAUSE NO. 1:22-CV-00527-LY |
| PLAINTIFFS, | | |
| V. | | |
| CITY OF CEDAR PARK, DEFENDANT. | | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint and Request for Declaratory and Injunctive Relief filed July 18, 2022 (Doc. #23), along with any responses and replies, are **REFERRED** to United States Magistrate Dustin Howell for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _____ day of July, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE