**EXHIBIT A**

**Docket Nos. 2021004489, 2021004490, 2022000036, 2022000117, 2022000118, 2022000119, 2022000120, 2022000205, 2022000206, 2022000207, 2022000208, 2022000209, 2022000284, 2022000285, 2022000286, 2022000287, 2022000288, 2022000411, 2022000412, 2022000413, 2022000414, 2022000415, 2022000416, 2022000417, 2022000418, 2022000419, 2022000420, 2022000503, 2022000504, 2022000505, 2022000506, 2022000507, 2022000508, 2022000509, 2022000510, 2022000 511, 2022000512, 2022000566, 2022000567, 2022000568, 2022000569, 2022000570, 2022000571, 2022000572, 2022000573, 2022000574, 2022000575, 2022000698, 2022000699, 2022000700, 2022000701, 2022000702, 2022000703, 2022000704, 2022000705, 2022000706, 2022000707, 2022000838, 2022000839, 2022000840, 2022000841, 2022000842, 2022000843, 2022000844, 2022000845, 2022000846, 2022000847**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE MUNICIPAL COURT** |
| | § | |
| **vs.** | § | **CITY OF CEDAR PARK** |
| | § | |
| **MICHAEL KLEINMAN** | § | |
| **AUSPRO ENTERPRISES, LP** | § | **WILLIAMSON COUNTY, TEXAS** |
| **D/B/A PLANET K** | | |

## MOTION TO CONTINUE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now the Defendant, Michael Kleinman, AusPro Enterprises, LP D/B/A Planet K, by and through his attorney of record, and files this his Motion in to Continue the above styled and numbered causes, and in support thereof would show the Court as follows:

**I.**

These above listed matters are set for Jury Trial on September 8th, 2022

**II.**

These docket items and/or citations all involve common questions of law or fact.

**III.**

Defendant, Michael Kleinman, is seeking a continuance in the above matters due to current health issues of Stage 4 Lung Cancer. Mr. Kleinman has been under doctor's care since May of 2021 for cancer. Dr. Alex Chan states that he needs essential treatment on September 6th, 2022 in Vancouver, Canada. As a result of the treatment, it is not possible for

him to appear in Cedar Park for the September 8th setting. We were unaware of the treatment when we filed our previous continuance on August 4th of 2022.

**IV**.

This motion is made for the interest of justice and not for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this motion be in all things granted and the September 8th, 2022 trial setting be continued for at least 90 days. Please note that Attorney of Record, Heath Hyde, has previously scheduled jury trials both weeks of December 5th and December 12th, in both state and federal court.

Respectfully submitted,

/s/ Heath Hyde
_____

**HEATH HYDE, PC**
Attorney and Counselor
214 Connally Street, Suite A
Sulphur Springs, Texas  75482
(903) 439-0000
(903) 439-0002 Fax
State Bar Card No. 00796807
heath@heathhydelawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copy of the foregoing Motion has been served on the Prosecutor for the Cedar Park Municipal Court on this 29th  day of August, 2022.

/s/ Heath Hyde
_____
**HEATH HYDE**

**Docket Nos. 2021004489, 2021004490, 2022000036, 2022000117, 2022000118, 2022000119, 2022000120, 2022000205, 2022000206, 2022000207, 2022000208, 2022000209, 2022000284, 2022000285, 2022000286, 2022000287, 2022000288, 2022000411, 2022000412, 2022000413, 2022000414, 2022000415, 2022000416, 2022000417, 2022000418, 2022000419, 2022000420, 2022000503, 2022000504, 2022000505, 2022000506, 2022000507, 2022000508, 2022000509, 2022000510, 2022000 511, 2022000512, 2022000566, 2022000567, 2022000568, 2022000569, 2022000570, 2022000571, 2022000572, 2022000573, 2022000574, 2022000575, 2022000698, 2022000699, 2022000700, 2022000701, 2022000702, 2022000703, 2022000704, 2022000705, 2022000706, 2022000707, 2022000838, 2022000839, 2022000840, 2022000841, 2022000842, 2022000843, 2022000844, 2022000845, 2022000846, 2022000847**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE MUNICIPAL COURT** |
| | § | |
| **vs.** | § | **CITY OF CEDAR PARK** |
| | § | |
| **MICHAEL KLEINMAN** | § | |
| **AUSPRO ENTERPRISES, LP** | § | **WILLIAMSON COUNTY, TEXAS** |
| **D/B/A PLANET K** | | |

### ORDER ON MOTION TO CONSOLIDATE AND CONTINUE

On this day, the foregoing Defendant's Motion to Continue is hereby:

GRANTED and reset to the _____ day of _____, _____

For Jury Trial.


_____
**JUDGE PRESIDING**